# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES PENN, ) | Civil Action No. 7:15-cv-00039 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| H. BREWER, ) | By: Hon. Michael F. Urbanski | |
|     Defendant. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Brewer's motion for summary judgment is **DENIED**.

The Clerk shall set this matter for a bench trial in the Big Stone Gap Division and send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered: October 29, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge